UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD ALLEN REYNOLDS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LEWIS COUNTY WASHINGTON, et al.,<br><br>　　　　　　Defendants. | CASE NO. C13-6062 BHS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE, GRANTING PLAINTIFF'S MOTION TO EXTEND TIME, GRANTING PLAINTIFF'S MOTION TO FILE OVER-LENGTH BRIEF, AND DENYING DEFENDANTS' MOTION TO STRIKE AS MOOT |

　　　　This matter comes before the Court on various motions from both parties (Dkts. 33, 36, 42, 44).

　　　　On January 15, 2015, Defendants moved for summary judgment. Dkt. 28. On January 27, 2015, the parties agreed to continue Defendants' motion to February 13, 2015. Dkt. 31.

ORDER - 1

1  On January 28, 2015, Reynolds moved to continue Defendants' summary

2  judgment motion to March 13, 2015.  Dkt. 33.  On January 30, 2015, Defendants

3  responded arguing that Reynolds has had sufficient time to respond.  Dkt. 35.

4  On February 4, 2015, Reynolds moved to extend the time for filing dispositive

5  motions to February 28, 2015.  Dkt. 36.  On February 9, 2015, Defendants responded

6  arguing that Reynolds has not established good cause.  Dkt. 39.

7  On February 13, 2015, Reynolds moved to file an over-length brief.  Dkt. 42.  That

8  same day, Reynolds filed a response and cross-motion for summary judgment.  Dkt. 43.

9  On February 15, 2015, Defendants moved to strike Reynolds's response and cross-

10 motion.  Dkt. 44.

11 The Court grants Reynolds's motion to continue (Dkt. 33), motion to extend time

12 (Dkt. 36), and motion to file an over-length brief (Dkt. 42) to the extent that the Court

13 accepts Reynolds's response and cross-motion.  The Court denies Defendants' motion to

14 strike (Dkt. 44) as moot.  The Court renotes Defendants' summary judgment motion and

15 Reynolds's cross-motion for March 13, 2015.  Defendants may file a combined response

16 and reply by March 9, 2015.  Reynolds may file a reply by March 13, 2015.

17 **IT IS SO ORDERED.**

18 Dated this 18th day of February, 2015.

19

20 _____
    BENJAMIN H. SETTLE
21 United States District Judge

22